Charles Urnest, Appellant, v. Sabre Metal Products, Inc., and Edward Yucis, Appellees.

Gen. No. 47,583. 

First District, First Division.

June 15, 1959.

Released for publication July 23, 1959.

 Hall and Borkenhagen (Raymond H. Borkenhagen, of counsel) for appellant; Barnie E. Frankel, for appellees. Opinion by PRESIDING JUSTICE McCORMICK. Not to be published in full.